UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 26 2012 ★

**BROOKLYN OFFICE**

TIANA SKELTON individually, and on behalf
of her infant daughter, R.M.

                Plaintiffs,

        v.

THE CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------x

**ORDER**
11-CV-1656 (MKB)

MARGO K. BRODIE, United States District Judge:

      Plaintiff Tina Skelton ("Plaintiff"), individually and on behalf of her infant daughter

R.M., filed this suit on April 4, 2011 against the City of New York and several of its employees

pursuant to 42 U.S.C. §§ 1983, 1988, the Fourth and Fourteenth Amendments to the United

States Constitution, and the laws and Constitution of the State of New York. The parties reached

an amicable settlement agreement on May 29, 2012. On June 22, 2012, Plaintiff submitted a

proposed infant compromise order for Court review and approval. The Court referred the

proposed infant compromise order to Magistrate Judge Azrack for a final report and

recommendation ("R&R"). On June 28, 2012, Magistrate Judge Azrack submitted an R&R to

this Court. The R&R concluded that the proposed infant compromise order is fair and

reasonable, protects the interests of the infant plaintiff, and that the proposed order should be

approved by the Court. Local Rule 83.2(a) and N.Y. CPLR § 1208(a)(5); *Johnson v. City of*

*New York*, No. 08-CV-3673, 2010 WL 5818290, at *2 (E.D.N.Y. Dec. 13, 2010).

No objections to the R&R were filed by any party. This Court has reviewed the R&R and finding no clear error, the R&R is adopted in its entirety. The Court hereby adopts the proposed infant compromise order. 28 U.S.C. § 636(b); Fed. R. Civ. P. 82.

      SO ORDERED:

Dated: July 13, 2012
       Brooklyn, New York

                s/Margo K. Brodie
                MARGO K. BRODIE
                United States District Judge